**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Mark Reese Pharr, III
Galloway, Johnson, et al
328 Settlers Trace Blvd.
Lafayette LA 70508

**REHEARING ACTION: January 23, 2013**

**Docket Number: 12   00412-CA consolidated with 413-CA**

**MATTHEW NEWSOM**
**VERSUS**
**GLOBAL DATA SYSTEMS, INC.**

**Appealed from Lafayette Parish Case No. C-20085236 C/W C-20085577**

**BEFORE JUDGES:**

      **Hon. Ulysses Gene Thibodeaux**
      **Hon. John D. Saunders**
      **Hon. Marc T. Amy**
      **Hon. Elizabeth A. Pickett**
      **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Global Data Systems, Inc.** has this day been

      **DENIED.**
      Amy, J., would grant rehearing.
      Genovese, J., would grant rehearing.

cc: Amy E. Newsom, Counsel for the Appellant